■ THERESA HECKER, Respondent, v EDEN CENTRAL SCHOOL DISTRICT, Appellant. [60 NYS3d 896]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered November 3, 2016. The order, insofar as appealed from, denied in part the motion of defendant for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 22, 2017, and filed in the Erie County Clerk's Office on July 10, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.